■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELSTON ROGERS, Appellant. [703 NYS2d 716] —Judgment, Supreme Court, New York County (Nicholas Figueroa, J.), rendered June 24, 1997, convicting defendant, after a jury trial, of burglary in the third degree, and sentencing him, as a second felony offender, to a term of 2³/₄ to 5¹/₂ years, unanimously affirmed.

The court properly exercised its discretion in denying the defense challenge for cause at issue, since the court had the opportunity to witness the venire person and his responses and the totality of those responses established that he harbored no actual bias and would be able to remain impartial (*see, People v Middleton*, 220 AD2d 202, *lv denied* 87 NY2d 848).

Each of defendant's challenges to the prosecutor's summation require preservation (*see, People v Burke*, 72 NY2d 833, 836), and we decline to review these unpreserved arguments in the interest of justice. Were we to review these claims, we would find that the prosecutor's summation did not deprive defendant of a fair trial (*see, People v D'Alessandro*, 184 AD2d 114, 118-119, *lv denied* 81 NY2d 884). Concur—Rosenberger, J. P., Williams, Rubin, Saxe and Buckley, JJ.